IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EDUARDO MARTIN TORRES | § |
| Plaintiff, | § |
| V. | § CIVIL ACTION NO. 5:21-CV-167-XR |
| ACOSTA, INC. d/b/a MCDONALD'S | § |
| Defendant. | § |

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

On this day came to be heard Defendant's Joint Stipulation of Dismissal and the court, having read the Stipulation and heard arguments of counsel, if any, is of the opinion that said Stipulation is meritorious and should be GRANTED. It is therefore

ORDERED that Plaintiff's case is dismissed with prejudice, with fees and costs assessed against the party incurring same. The Clerk's Office is DIRECTED to close this case.

Signed this __2nd___ day of _____May_____, 2022.

_____
XAVIER RODRIGUEZ
U.S. DISTRICT JUDGE

HOULITIGATION:1816475.1